FILED
September 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| S3G TECHNOLOGY LLC, | § | |
| Plaintiff, | § | |
| v. | § | NO. WA-24-CV-00395-OLG |
| DOMINO'S PIZZA LLC, | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Derek T. Gilliland's Report and Recommendation (R&R), filed September 3, 2025, concerning Defendant's request for dismissal under Rule 12(b)(3) or transfer to the Eastern District of Michigan under 28 U.S.C. § 1406. (*See* R&R, Dkt. No. 47.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Plaintiff, through counsel, was electronically served with a copy of the R&R on September 3, 2025, and timely filed objections on September 17, 2025 (*see* Dkt. No. 49).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the

Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

Upon review, the Court finds that Judge Gilliland correctly applied the law to the facts in this case and, thus, that Plaintiff's objections to the R&R should be and hereby are **OVERRULED**. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 47) and, for the reasons set forth therein, Defendant's Motion (Dkt. No. 13) is **GRANTED**, and this case is **TRANSFERRED** to the Eastern District of Michigan.

It is so **ORDERED**.

**SIGNED** this _____ day of September 2025.

ORLANDO L. GARCIA
United States District Judge